**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LAURA YINNETH MOLANO LUQUE,<br><br>*Petitioner*,<br><br>v.<br><br>TODD BLANCHE, et al.<br><br>*Respondents.* | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No.: 2:26-cv-03594-CCC<br><br>Judge Claire C. Cecchi, U.S.D.J |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Petitioner Laura Yinneth Molano Lugue, by and through his counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Respondents Todd Blanche, Marcos Charles, Kristi Noem, Luis Soto, and Todd M. Lyons.

No Respondent has served an answer or a motion for summary judgment in this action; dismissal by notice is therefore proper under Rule 41(a)(1)(A)(i).

Date: September 15, 2026

This case is hereby **DISMISSED** without prejudice. The Court's previous stay of Petitioner's transfer (ECF Nos. 3, 4) is hereby lifted. The Clerk's Office shall close this matter. **SO ORDERED.**

*/s/ Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

**Dated**: September 18, 2026

Respectfully submitted,

s/ Franklin S. Montero

Franklin S. Montero Esq.
Law Office of Franklin S. Montero
451 Clifton Ave
Clifton, NJ 07011
Montero@fmonterolaw.com
(973) 777-8718